# United States District Court

for

## Middle District of Alabama

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Alexander Russaw, Jr.  Case Numbers:  1:20cr229-RAH and 1:22cr356-RAH

Name of Sentencing Judicial Officer:    The Honorable R. Austin Huffaker Jr., U.S. District Court Judge

Date of Original Sentence:    1:20cr229-RAH: June 8, 2021
  1:22cr356-RAH: May 3, 2023

Original Offense:  1:20cr229-RAH: Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1)
  1:22cr356-RAH: Violation of Controlled Substances Act, 21 U.S.C. 841(a)(1)

Original Sentence:   1:20cr229-RAH: 37 months custody followed by a 3-year term of supervised release
  1:22cr356-RAH:  1 day custody followed by a 3-year term of supervised release, both to run concurrently with the sentence imposed in 1:20cr229-RAH

Type of Supervision:  Supervised Release  Date Supervision Commenced:  June 23, 2023

Assistant U.S. Attorney:    Brandon Wade Bates  Defense Attorney:   Unassigned

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1-- Mandatory Condition:** "The defendant shall not commit another federal, state or local crime." | On March 4, 2024, Russaw was arrested by Midland City, Alabama, police officers and charged with Unlawful Possession of Controlled Substance (crack cocaine), in violation of Alabama Code 13A-12-212, a Class D felony.  Russaw was released on bond on March 5, 2024.  This case is currently pending in the District Court of Dale County, Alabama, case number DC24-98. |
| **2-- Mandatory Condition:** "The defendant shall not commit another federal, state or local crime." | On March 4, 2024, Russaw was arrested by Midland City, Alabama, police officers and charged with Possession of Marijuana, 2nd Degree, in violation of 13A-12-214, a Class A misdemeanor.  Russaw was released on bond on March 5, 2024.  This case is currently pending in the District Court of Dale County, Alabama, case number DC24-98. |

| | |
|---|---|
| **3-- Standard Condition:** "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours." | Russaw was arrested for the new criminal offenses noted in Violations 1 and 2 on March 4, 2024. Russaw failed to notify the probation officer of his arrest within 72 hours. |
| **4-- Mandatory Condition:** "The defendant shall not unlawfully possess a controlled substance." | On March 4, 2024, Russaw was arrested by Midland City, Alabama, police officers and charged with Unlawful Possession of Controlled Substance (crack cocaine) and Possession of Marijuana, 2nd Degree. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

    Click here to enter text.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2024

by   /s/ Chris Robertson
      United States Probation Officer
Date: March 8, 2024

Reviewed and approved by:   /s/ Ellen S. Traywick
                                 Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ No Action

X  The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____

3/11/2024
Date